**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks   Date: February 10, 2012
Court Reporter: Janet Coppock   Time: 58 minutes
Probation Officer: Gary Kruck   Interpreter: n/a

**CASE NO.  11-CR-00370-PAB**

<u>Parties</u>   <u>Counsel</u>

**UNITED STATES OF AMERICA,**   Lillian Alves

      Plaintiff,

vs.

**DANIEL PETURA,**   Brian Leedy

      Defendant.

---

**SENTENCING**

---

**3:02 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00370-PAB
February 10, 2012

Argument by Mr. Leedy in support of defendant's Motion for Variant Sentence of 5 Years Imprisonment (Doc #22), filed 1/26/12 and comments addressing sentencing.

Argument by Ms. Alves and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Variant Sentence of 5 Years Imprisonment (Doc #22), filed 1/26/12 is **DENIED**.

Defendant entered his plea on **November 10, 2011** to count **Two of the Indictment and the Forfeiture Allegation.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **78** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility within the state of Colorado, with a substance abuse program and that he take advantage of that program** and also RECOMMENDS that he be allowed to participate in a Residential Drug Abuse Program (**RDAP**).

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **10** years.

**ORDERED: Conditions** of Supervised Release that:
  (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
  (**X**)   While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

Page Three
11-CR-00370-PAB
February 10, 2012

      (**X**)    Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
      (**X**)
      ( )    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:
      (**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
      (**X**)    Defendant shall refrain from the use of alcohol throughout his period of supervised release.
      (**X**)    Defendant shall participate in and successfully complete an approved program of sex offender evaluation and treatment, which may include polygraph and plethysmograph and Abel examinations, as directed by the probation officer.  The defendant will be required to pay the cost of these evaluations and treatment. The defendant shall comply with the rules and restrictions specified by the treatment agency. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
      (**X**)    The defendant's use of computers and Internet access devices shall be limited to those the defendant requests to use, and which the probation officer authorizes.  The defendant shall submit his person, and any property, house, residence, vehicle, papers, computer, other electronic communications or date storage devices or media, and effects to search at any time, with or without a search warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by a person, and by any probation officer in the lawful discharge of the officer's supervision functions.
      (**X**)    The defendant shall allow the probation officer to install software/hardware designed to monitor computer activities on any computer the defendant is authorized by the probation officer to use.  The software may record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations.

Page Four
11-CR-00370-PAB
February 10, 2012

>     A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software on the computer. The defendant shall not attempt to remove, tamper with, reverse engineer, or in any way circumvent the software/hardware.
> (**X**) Defendant shall no unsupervised contact with minors.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss Count One (Doc #20), filed 12/14/11 is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**4:00 p.m.**     **COURT IN RECESS**

**Total in court time:**     **58 minutes**

**Hearing concluded**